STATE OF NEW JERSEY v. WALTER SYKES.

May 16, 1973. Petition for certification denied.

GENNARO DIORIO v.
NEW JERSEY MANUFACTURERS INSURANCE CO.

May 16, 1973. Petition for certification granted.

JOHN BOJACK v. CITY OF PATERSON.

May 16, 1973. Petition for certification denied.